UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MIGUEL ORTIZ,** *on behalf of* **S.O.,** | ) | **CASE NO.  1:09CV700** |
| | ) | |
| **PLAINTIFF ,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **COMMISSIONER OF SOCIAL** | ) | **ORDER ADOPTING REPORT** |
| **SECURITY,** | ) | **AND RECOMMENDATION** |
| | ) | |
| **DEFENDANT.** | ) | |

On April 6, 2009, this case was automatically referred to Magistrate Judge Benita Y. Pearson, pursuant to Local Rule 72.2.  (Dkt. # 4).  On July 6, 2010, the Magistrate Judge issued a Report and Recommendation, recommending that the Agency's final decision be affirmed.  (Dkt. # 22).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen (14) days after service.  The parties have not filed any such objections.  Therefore, the Court must assume the parties are satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Pearson is hereby **ADOPTED**. (Dkt. # 22). The decision of the Commissioner of Social Security is **AFFIRMED**. Accordingly, this matter is **DISMISSED**.

**IT IS SO ORDERED**.

<u>**/s/ Peter C. Economus – July 26, 2010**</u>
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**